No. 10-11128. Daniel Lee Hall, Petitioner v. United States.

565 U.S. 868, 132 S. Ct. 218, 181 L. Ed. 2d 120, 2011 U.S. LEXIS 6620.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-11129. Richard Lee Gruber, Petitioner v. Jack Palmer, Warden, et al.

565 U.S. 868, 132 S. Ct. 218, 181 L. Ed. 2d 120, 2011 U.S. LEXIS 7072.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 422 Fed. Appx. 591.

No. 10-11130. John Michael Fox, Petitioner v. United States.

565 U.S. 868, 132 S. Ct. 218, 181 L. Ed. 2d 120, 2011 U.S. LEXIS 6462.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 631 F.3d 1128.

No. 10-11131. Kenneth Lee Foster, Petitioner v. United States.

565 U.S. 868, 132 S. Ct. 218, 181 L. Ed. 2d 120, 2011 U.S. LEXIS 6539.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 416 Fed. Appx. 304.

No. 10-11132. Kyle Jacob James, Petitioner v. Michael McCall, Warden.

565 U.S. 869, 132 S. Ct. 219, 181 L. Ed. 2d 120, 2011 U.S. LEXIS 6937.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 523.

No. 10-11133. Steven Crockett, Sr., Petitioner v. United States.

565 U.S. 869, 132 S. Ct. 219, 181 L. Ed. 2d 120, 2011 U.S. LEXIS 6564.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 418 Fed. Appx. 239.

No. 10-11134. Kevin Millen, Petitioner v. Tennessee.

565 U.S. 869, 132 S. Ct. 219, 181 L. Ed. 2d 120, 2011 U.S. LEXIS 6526.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Western Division, denied.